# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DASHAUN WRIGHT,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:15-cv-00426-RCJ-WGC

**ORDER**

    Before the court are the petition for a writ of habeas corpus (ECF No. 6) and respondents' response (ECF No. 17). Also before the court are petitioner's motion for change of venue and to be transferred accordingly (ECF No. 14), respondents' response (ECF No. 16),[1] and petitioner's reply (ECF No. 18). The court already has noted that petitioner is in custody pursuant to a judgment of conviction of a court of the Commonwealth of Massachusetts. Both petitioner and respondents agree that the more suitable forum would be the United States District Court for the District of Massachusetts. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973). The court will transfer the action to that court. The court denies petitioner's other requests.

    IT IS THEREFORE ORDERED that petitioner's motion for change of venue and to be transferred accordingly (ECF No. 14) is **GRANTED** in part with respect to the change of venue and **DENIED** in part with respect to all other requests.

---

[1] Respondents' responses (ECF No. 16, 17) are actually the same document docketed as separate responses to petitioner's petition and motion.

IT IS FURTHER ORDERED that the clerk of the court shall transfer this action to the United States District Court for the District of Massachusetts, Eastern Division, 1 Courthouse Way, Suite 2300, Boston MA 02210.

IT IS FURTHER ORDERED that the clerk of the court shall administratively close this action.

Dated: This 12th day of December, 2016.

_____
ROBERT C. JONES
United States District Judge